# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

December 4, 2015

Before

**DIANE P. WOOD**, *Chief Judge*

| No. 15-3631 | ARTHUR GONZALEZ, as Administrator of the Estate of Richard J. Gonzalez, deceased, <br> Plaintiff - Appellee <br> v. <br> MARK DORAN, Sheriff, et al., <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:13-cv-02115-HAB <br> Central District of Illinois <br> District Judge Harold A. Baker ||

The following is before the court: **PLAINTIFF-APPELLEE'S MOTION TO DISMISS APPEAL**, filed on December 1, 2015, by counsel for the appellee.

The district court entered a text order denying defendants' motion for summary judgment. The district court indicated that a written order would be entered, but defendants appealed before an order could be issued. This case is **REMANDED** to the district court for the limited purpose of requesting that the district court provide a statement of reasons for its summary judgment denial, particularly with regard to defendants' assertion that they are entitled to qualified immunity. *See* Cir. R. 50. After the district judge provides his statement of reasons, this court also requests that he rule on the Estate's motion to certify defendants' appeal as frivolous. *See Apostol v. Gallion*, 870 F.2d 1335, 1338 (7th Cir. 1989).